IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| MARGARET WELCH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-663-KI |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HUNTLEIGH USA CORPORATION, a | ) | |
| Missouri corporation and THE UNITED | ) | |
| STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

      Christopher T. Hill
      520 S. W. Sixth Avenue, Suite 1250
      Portland, Oregon 97204

          Attorney for Plaintiff

      Karin J. Immergut
      United States Attorney
      District of Oregon

Timothy W. Simmons
Assistant United States Attorney
U. S. Attorney's Office
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

Matthew F. Denley
Stephen E. Verotsky
Cummins, Goodman, Fish Denley & Vickers, P. C.
P. O. Box 609
Newberg, Oregon 97132-0609

John B. Renick
Burton Garland
McMahon, Berger, Hanna, Linihan, Cody & McCarthy
P. O. Box 31901
St. Louis, Missouri 63131-3039

  Attorneys for Defendants

KING, Judge:

Defendant United States' Motion to Dismiss (#31) is granted in part. Welch's second claim for battery against the United States is dismissed but may proceed against Huntleigh. Welch's other claim against the United States may proceed to trial.

 IT IS SO ORDERED.

 Dated this  4th  day of August, 2005.

        /s/ Garr M. King
        Garr M. King
        United States District Judge